UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMEKA BARROW GAUNICHAUX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 1:09-CV-1767-WCO-CCH |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing with prejudice any and all claims against Defendant.

STIPULATED AND AGREED to this 12th day of August, 2010.

| | |
|---|---|
| s/ Bryan C. Shartle | s/ Steven H. Koval |
| La. Bar No. 27640 | Ga. Bar No. 428905 |
| Counsel for Defendant | Counsel for Plaintiff |
| | |
| Sessions, Fishman & Nathan, LLP-LA | The Koval Firm, LLC |
| Suite 200 | 3575 Piedmont Road |
| 3850 North Causeway Blvd. | 15 Piedmont Center, Suite 1020 |
| Metairie , LA 70002 | Atlanta, GA 30305 |
| Phone: 504-828-3700 | (404) 350-5900 (phone) |
| E-mail: bshartle@sessions-law.biz | (404) 549-4654 (fax) |
| | E-mail: SHKoval@aol.com |

(signatures continued on next page)

s/ Howard M. Lessinger
Ga. Bar No. 447088
Counsel for Defendant

McLain & Merritt, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta , GA 30326
Phone: 404-365-4514
Fax: 404-364-3138
Email: hlessinger@mclain-merritt.com